# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DERRICK CALHOUN,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>SAN DIEGO COUNTY AND ALL ITS CORRUPT PARTNERS; FBI; NSA; OSI; SOCIAL SECURITY ADMINISTRATION; JUDGE GALLO; JUDGE SUBRAL; CHASE BANK; COASTAL HOTELS; BRENDON HOTEL; PORTLAND, OREGON; GREYHOUND; W. SAMUEL HAMRICK, JR., CLERK OF COURT; EDWARD J. SCHWARTZ FEDERAL BUILDING, 4TH FLOOR, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA; JUSTICE DEPARTMENT, 5TH FLOOR, EDWARD J. SCHWARTZ FEDERAL BUILDING; MTS 901 BUS; 934 MTS BUS; NAVAL BASE CORONADO; NAVAL AMPHIBIUS BASE CORONADO; CORONADO POLICE DEPARTMENT,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 10cv0441-IEG(BLM)<br><br>Order Granting Motion to Proceed in Forma Pauperis; Dismissing Complaint; Denying as Moot Motion for Appointment of Counsel |

　　　Plaintiff Bruce Derrick Calhoun, proceeding *pro se*, has filed a Complaint along with a motion to proceed *in forma pauperis* and a motion for appointment of counsel. Upon review, the Court finds Plaintiff is a poor person entitled to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915, and **GRANTS** his motion to proceed *in forma pauperis*.

　　　The Court is obligated to review a complaint filed *in forma pauperis* and must *sua sponte*

1  dismiss the action if it determines the complaint is frivolous, malicious, fails to state a claim for
2  relief, or seeks monetary relief against a defendant who is immune from such relief.  *See* 28 U.S.C.
3  § 1915(e)(2).  After careful review, the Court finds that Plaintiff's complaint is frivolous and void
4  of any plausible claims for relief.  Plaintiff seeks damages of $600 million from a variety of
5  individuals, judges, federal agencies, and physical locations.  Plaintiff claims Defendants
6  attempted to murder him on February 25 and 26, 2010, and provides no additional factual
7  allegations. These allegations are frivolous and do not state colorable legal claims.  McKeever v.
8  Block, 932 F.2d 795, 798 (9th Cir. 1991) (complaint is frivolous and properly dismissed *sua sponte*
9  if the facts alleged are "fanciful" or describe "delusional scenarios.")

10        The Court notes Plaintiff's allegations are similar to those set forth in his previously filed
11  complaints in this Court.  Because "it is absolutely clear that the deficiencies of the complaint
12  could not be cured by amendment," the Court **DISMISSES** the complaint **with prejudice**.
13  Franklin v. Murphy, 245 F.2d 1221, 1228 n.9 (9th Cir. 1984).  The Court **DENIES AS MOOT**
14  Plaintiff's Request for Appointment of Counsel.

15        **IT IS SO ORDERED**.

16  **DATED:  March 3, 2010**

17                                           **IRMA E. GONZALEZ, Chief Judge**
18                                           **United States District Court**

19
20
21
22
23
24
25
26
27
28